BEFORE THE SECOND DIVISION, DECEMBER 2, 1940

**No. 44836.**—Protest 977652–G of Hunt & Mottet Co. (Seattle).

Opinion by KINCHELOE, J. On the record presented the claim under paragraph 1537 (b) was sustained.

**No. 44837.**—Protests 738181–G, etc., of Akawo & Co., Ltd., et al. (Seattle).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44838.**—Protests 962567–G, etc., of N. Minami & Co., Inc. (New York).

Opinion by DALLINGER, J. From the exhibit the court was satisfied that the electrical element or device therein may not be considered as a nonessential feature in the article and that it constitutes a conspicuous and prominent part of the wreath. On the authority of *Minami* v. *United States* (1 Cust. Ct. 307, C. D. 72) the claim at 35 percent under paragraph 353 was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 2, 1940

**No. 44839.**—Protest 946116–G of Vegex, Inc. (New York).

Opinion by KEEFE, J. From the record it was found that the merchandise is similar to that the subject of Abstract 36717. The claim for free entry under paragraph 1669 was therefore sustained.

**No. 44840.**—Protests 611370–G, etc., of N. S. Monahos & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible covering on the outside.

**No. 44841.**—Protests 14131–K/11840, etc., of Geo. Wm. Rueff, Inc. (New Orleans).

Opinion by KEEFE, J. On the records presented the protests were overruled.